COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Caroline Chikere

Appellate case number:    01-16-00206-CV

Trial court case number:  14-DCV-214132

Trial court:              387th District Court of Fort Bend County

On March 9, 2016, the relator, Caroline Chikere, filed a petition for a writ of mandamus seeking to vacate the respondent trial judge's January 19, 2016 order granting motion for new trial, and to reinstate the default final decree of divorce, signed on May 5, 2015. On March 9, 2016, the relator also filed an emergency motion seeking a stay of the trial scheduled for April 25, 2016, pending resolution of her petition. Although no response has been filed yet, relator states that counsel for the real party in interest has been contacted and is aware of this motion. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motion and **ORDERS** that the April 25, 2016 trial date in the above-referenced trial court cause number is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Although relator's petition notes that hearings were held on July 27, 2015, and on January 19, 2016, the petition neither attached the transcripts nor states that no relevant testimony was adduced at those hearings. *See* TEX. R. APP. P. 52.3(j), (k)(1)(A), 52.7(a)(2). Accordingly, the Court **ORDERS** the relator, **within 10 days of the date of this order,** to file a statement that no relevant testimony or judicial reasoning was adduced in connection with the matter complained of or provide evidence of requesting and paying for the reporter's records for the relevant hearings. *See id.* 52.7(a)(2), (b).

Finally, the Court requests a response to the mandamus petition by the real party in interest, Oakley Chikere. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                     ☒ Acting individually

Date: March 10, 2016